IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re:

JOANN JONES,                                         CASE NO.: 06-11606-MAM-13

    Debtor.

**ORDER APPROVING EMPLOYMENT OF
PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE**

This matter is before the Court on the application of the undersigned seeking approval for the Debtor to employ, John W. Sharbrough, III, for the specific purpose of recovering damages arising out of a cause of action on behalf of Debtor against Ameriquest Mortgage Company, an MDL now pending in the Northern District of Illinois. It appears from the application that he is an attorney duly admitted to practice in this Court, he does not represent any interest adverse to the Debtor and the employment is necessary.

It is ORDERED that the Debtor is authorized to employ John W. Sharbrough, III to represent her, with compensation to be paid in such amount as this Court may determine and allow.

Dated: August 27, 2008

                                                    */s/ Margaret A. Mahoney*
                                                    MARGARET A. MAHONEY
                                                    U.S. BANKRUPTCY JUDGE